# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Rollin Dye
                         Plaintiff,

v.                                              Case No.: 1:17−cv−08828
                                                      Honorable Matthew F. Kennelly

Ford Motor Company
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 18, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and motion hearing held on 10/18/2018. Motion for settlement [45] is granted. Case is dismissed based on settlement. Civil case terminated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.